Rel: March 21, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0260

Phillip Williams and Debra Williams v. Air Liquide America Corporation, individually and as successor by merger of Big Three Industries, Inc., d/b/a Sanstorm; Big Three Industries, Inc.; Bowto, Inc.; ED Bullard Company; Butler & Company of Mobile, Inc.; Clemco Industries, Inc.; 3M Company, Inc.; Mobile Abrasives, Inc.; Pioneer Concrete of Texas, Inc.; The Quikcrete Companies, LLC; Sanstorm, Inc.; Southern Silica of Louisiana; Schmidt Manufacturing, Inc.; Bob Schmidt, Inc.; Specialty Sand Company; and T Tex Industries (Appeal from Mobile Circuit Court: CV-21-901757).

BRYAN, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Sellers, and Mendheim, JJ., concur.

Cook, J., recuses himself.